### Nathaniel M. COSTLEY, Petitioner–Appellant,

v.

### Robert KUPEC, Warden; Commissioner of Corrections; Attorney General for the State of Maryland, Respondents–Appellees.

### No. 00–7626.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Nathaniel M. Costley, pro se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Nathaniel M. Costley seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Costley v. Kupec,* No. CA–00–1643–DKC (D.Md. Sept. 26 & Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*